

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :       NOTICE OF INTENT TO
                                              FILE AN INFORMATION
MICHAEL PATINO,                   :

        Defendant.            :

- - - - - - - - - - - - - - - - x



        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            March 20, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

          By:    _____
                  Benjamin A. Naftalis
                  Assistant United States Attorney

                  AGREED AND CONSENTED TO:

          By:    _____
                  Michael Hurwitz, Esq.
                  Attorney for Michael Patino

3/20/08 WHEEL A