```
UNITED STATES DISTRICT COURT                    JUDGE RAKOFF
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :   08 CRIM 262
                                       WAIVER OF INDICTMENT
       - v. -                      :   08 Cr.

MICHAEL PATINO,                    :

              Defendant.           :

- - - - - - - - - - - - - - - - - - -x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1956 and Title 21, United States Code, Section 846, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_Rigoberto Landers_
Witness

_____
Counsel for Defendant

Date:   New York, New York
        March 25, 2008